



$q s 6$

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE, COMMISSION,<br>Plaintiff,<br>vs.<br>ROBERT A. KASIRER, ET AL.,<br>Defendants,<br>and<br>DEBRA S. KASIRER, ET AL.,<br>Relief Defendants. | Case No.: No. 2:05 CV-05-3059/RSWL (RCx)<br>[PROPOSED]<br>FINAL JUDGMENT AGAINST DEFENDANT JEROLD V. GOLDSTEIN |

The Securities and Exchange Commission having filed a Third Amended Complaint and Defendant Jerold V. Goldstein ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over him and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and any of his agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)   to employ any device, scheme, or artifice to defraud;

(b)   to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

(c)   to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant and his agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final

Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act, 15 U.S.C. § 77q(a), in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

>   (a)   to employ any device, scheme, or artifice to defraud;

>   (b)   to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

>   (c)   to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

### III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

### IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: ~~Jan. 3~~ 2008 ~~,2007~~

RONALD S.W. LEW

UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

▪        I, the undersigned, certify that on December 20, 2007, I caused the foregoing Consent of Defendant Jerold Goldstein  and the [Proposed] Final Judgment to be served by Federal Express delivery on the Counsel listed bellow.


*Robert M. May*

Robert M. Moye
Securities and Exchange Commission
175 West Jackson Boulevard, Suite 900
Chicago, IL  60604-2615
Phone:   (312) 353-1051
Facsimile:  (312) 353-7398

## VIA FED EX DELIVERY

**Jack DiCanio, Esq.**
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue, 34th Floor
Los Angeles, CA 90071
jdicanio@skadden.com

**Gary A. Kurtz, Esq.**
20355 Ventura Bld.
Suite 200
Woodland Hills, CA  91364
gary@garykurtzlaw.com

**Steven R. Skirvin, Esq.**
Dion-Kindem & Crockett
21271 Burbank Boulevard, CA  91367
Woodland Hills, CA  91367
srs@dkclaw.com

**Randolph M. Sharon, Esq.**
29229 Canwood Street
Suite 208
Aguora Hills, CA  91301
Lawrms@cs.com